UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KAMINSKY, STEVEN § Case No. 12-81397
KAMINSKY, JULIE §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 07/07/2014 in Courtroom 3100,
United States Courthouse
327 South Church Street
Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: /s/ Daniel M. Donahue _____
                                             Trustee


DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KAMINSKY, STEVEN § Case No. 12-81397
KAMINSKY, JULIE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 22,847.30 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 22,847.30 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 3,034.73 | $ 0.00 | $ 3,034.73 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 6,224.00 | $ 0.00 | $ 6,224.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 107.33 | $ 0.00 | $ 107.33 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 9,366.06 |
| Remaining Balance | $ 13,481.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,491.77  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Advanta Bank Corporation | $ 2,253.72 | $ 0.00 | $ 456.94 |
| 000002 | Discover Bank | $ 5,625.06 | $ 0.00 | $ 1,140.48 |
| 000003 | Discover Bank | $ 7,811.65 | $ 0.00 | $ 1,583.82 |
| 000004 | PYOD, LLC its successors and assigns as assignee | $ 3,331.98 | $ 0.00 | $ 675.56 |
| 000005 | PYOD, LLC its successors and assigns as assignee | $ 8,824.95 | $ 0.00 | $ 1,789.26 |
| 000006 | Capital One Bank (USA), N.A. | $ 13,397.43 | $ 0.00 | $ 2,716.34 |
| 000007 | Capital One, N.A. | $ 415.34 | $ 0.00 | $ 84.21 |
| 000008 | American Express Centurion Bank | $ 2,099.69 | $ 0.00 | $ 425.71 |
| 000009 | Portfolio Recovery Associates, LLC | $ 3,724.59 | $ 0.00 | $ 755.16 |
| 000010 | American Express Bank, FSB | $ 10,422.91 | $ 0.00 | $ 2,113.25 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | US BANK N.A. | $ 8,584.45 | $ 0.00 | $ 1,740.51 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 13,481.24 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                    Case No. 12-81397-TML
Steven Kaminsky                                                           Chapter 7
Julie Kaminsky
        Debtors                          CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave               Page 1 of 2           Date Rcvd: Jun 13, 2014
                              Form ID: pdf006               Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2014.
db/jdb        +Steven Kaminsky,   Julie Kaminsky,   14 Baldwin Court,   Lake in the Hills, IL 60156-6718
18744401      +Ability Irrigation, Inc.,   14 Baldwin Ct,   Lake in the Hills, IL 60156-6718
18744398      +Ability Irrigation, Inc.,   14 Baldwin Court,   Lake in the Hills, IL 60156-6718
18744409      +American Express,   Box 001,   Los Angeles, CA 90096-8000
21258491       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
21220901       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18744410      +Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
18744411      +Aquatic Control,   P.O. Box 100,   Seymour, IN 47274-0100
18744412     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:  Bank Of America,   Po Box 982238,   El Paso, TX 79998)
18744415       Bk Of Amer,   4060 Ogletown/Stanton Rd,   Newark, DE 19713
18744416     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court:  Cap One,   Po Box 85520,   Richmond, VA 23285)
18744431     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court:  Home Depot,   P.O. Box 182676,   Columbus, OH 43218-2676)
18744418       Capital One Bank,   PO Box 6492,   Carol Stream, IL 60197-6492
21176012       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
21198762       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18744419      +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
18744420      +Centegra Health Systems,   P.O. Box 1990,   Woodstock, IL 60098-1990
18744421      +Charter One,   P.O. Box 18204,   Bridgeport, CT 06601-3204
18744422      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18744423      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
18744424       Citibusiness Card,   P.O. Box 6235,   Sioux Falls, SD 57117-6235
18744427      +Confidential Credit Consultants Cor,   P.O. Box 141,   Naperville, IL 60566-0141
18744432      +Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
18744434       John Deere Landscapes,   318-326 Arrowhead Drive,   Gilberts, IL 60136-9602
18744436       Lake in the Hills Sanitary District,   515 Plum Street,   Lake in the Hills, IL 60156-3399
21245336     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,
                successor of US BANK NATIONAL ASSOCIATIO,   POB 41067,   Norfolk VA 23541)
18744439      +Pnc Mortgage,   6 N Main St,   Dayton, OH 45402-1908
18744440      +Republic Services,   1330 Gasket Drive,   Elgin, IL 60120-7543
18744441      +Thomas Pump Co., Inc.,   2301 E. Liberty St.,   Aurora, IL 60502-9520
21357538     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
                CINCINNATI, OH 45201-5229)
18744443      +Village of Lake in the Hills,   600 Harvest Gate,   Lake in the Hills, IL 60156-3398

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21089143       E-mail/Text: bkr@cardworks.com Jun 14 2014 00:09:26     Advanta Bank Corporation,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
18744408      +E-mail/Text: bkr@cardworks.com Jun 14 2014 00:09:26     Advanta Credit Cards,   P.O. Box 31032,
                Tampa, FL 33631-3032
18744413      +E-mail/Text: bknotices@bankofthewest.com Jun 14 2014 00:11:27     Bank Of The West,
                2527 Camino Ramon,   San Ramon, CA 94583-4213
18744414      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 14 2014 00:11:54
                Bayview Financial Loan,   4425 Ponce De Leon Blvd,   Coral Gables, FL 33146-1873
18744426       E-mail/Text: legalcollections@comed.com Jun 14 2014 00:12:11     ComEd,   P.O. Box 6111,
                Carol Stream, IL 60197-6111
21092984       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 14 2014 00:15:15     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
18744428      +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 14 2014 00:15:15     Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
18744430      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2014 00:13:14     Gecrb/Lowes,   Po Box 103065,
                Roswell, GA 30076
18744433      +E-mail/Text: cio.bncmail@irs.gov Jun 14 2014 00:10:13     Internal Revenue Service,
                P.O. Box 7317,   Philadelphia, PA 19101-7317
18744435      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 14 2014 00:09:58     Kohls/Capone,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
18744437       E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2014 00:15:11     Lowe's,   P.O. Box 530914,
                Atlanta, GA 30353-0914
18744438      +E-mail/Text: bankrup@aglresources.com Jun 14 2014 00:09:34     Nicor Gas,   1844 Ferry Road,
                Naperville, IL 60563-9600
21095524      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2014 00:15:01
                PYOD, LLC its successors and assigns as assignee,   of Citibank (South Dakota), N.A.,
                Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
18744444      +E-mail/Text: scd_bankruptcynotices@grainger.com Jun 14 2014 00:10:51     W.W. Grainger,
                7300 North Melvina Avenue,   Niles, IL 60714-3998
                                                                                              TOTAL: 14
```

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: Jun 13, 2014
                              Form ID: pdf006              Total Noticed: 45

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18744406*     +Ability Irrigation, Inc.,    14 Baldwin Court,    Lake in the Hills, IL 60156-6718
18744407*     +Ability Irrigation, Inc.,    14 Baldwin Court,    Lake in the Hills, IL 60156-6718
18744399*     +Ability Irrigation, Inc.,    14 Baldwin Court,    Lake in the Hills, IL 60156-6718
18744400*     +Ability Irrigation, Inc.,    14 Baldwin Court,    Lake in the Hills, IL 60156-6718
18744402*     +Ability Irrigation, Inc.,    14 Baldwin Court,    Lake in the Hills, IL 60156-6718
18744403*     +Ability Irrigation, Inc.,    14 Baldwin Court,    Lake in the Hills, IL 60156-6718
18744404*     +Ability Irrigation, Inc.,    14 Baldwin Court,    Lake in the Hills, IL 60156-6718
18744405*     +Ability Irrigation, Inc.,    14 Baldwin Court,    Lake in the Hills, IL 60156-6718
18744417*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  Cap One,    Po Box 85520,    Richmond, VA 23285)
18744425*     Citibusiness Card,    P.O. Box 6235,    Sioux Falls, SD 57117-6235
18744429*    +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
18744442*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank,    Po Box 5227,    Cincinnati, OH 45201)
                                                                               TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2014 at the address(es) listed below:
         Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
          ddonahue@ecf.epiqsystems.com
         Daniel  Donahue    ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
         Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
         Rebecca A Lamm    on behalf of Debtor Steven  Kaminsky rlamm@fgmlaw.com
         Rebecca A Lamm    on behalf of Joint Debtor Julie  Kaminsky rlamm@fgmlaw.com
         Terri M Long    on behalf of Creditor   Bank Of The West Courts@tmlong.com
                                                                               TOTAL: 7
```