**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| KAMINSKY, STEVEN | § | Case No. 12-81397 |
| KAMINSKY, JULIE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 278,696.00<br>*(Without deducting any secured claims)* | Assets Exempt: 84,031.32 |
| Total Distributions to Claimants: 13,481.24 | Claims Discharged<br>Without Payment: 186,732.59 |
| Total Expenses of Administration: 9,366.06 | |

3) Total gross receipts of $ 22,847.30 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 22,847.30 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 306,073.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,400.76 | 12,400.79 | 9,366.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,448.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 167,104.04 | 66,491.77 | 66,491.77 | 13,481.24 |
| **TOTAL DISBURSEMENTS** | $ 475,625.04 | $ 78,892.53 | $ 78,892.56 | $ 22,847.30 |

4) This case was originally filed under chapter 7 on 04/06/2012 . The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/11/2014 By:/s/DANIEL M. DONAHUE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 6% interest in probate estate of Helen Potsawa | 1129-000 | 22,847.30 |
| **TOTAL GROSS RECEIPTS** | | $ 22,847.30 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of The West 2527 Camino Ramon San Ramon, CA 94583 | | 57,240.00 | NA | NA | 0.00 |
| | Bayview Financial Loan 4425 Ponce De Leon Blvd Coral Gables, FL 33146 | | 31,957.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pnc Mortgage 6 N Main St Dayton, OH 45402 | | 198,717.00 | NA | NA | 0.00 |
| | Us Bank Po Box 5227 Cincinnati, OH 45201 | | 18,159.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 306,073.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | 2100-000 | NA | 3,034.73 | 3,034.73 | 0.00 |
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 3,034.73 | 3,034.73 | 3,034.73 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 6,224.00 | 6,224.00 | 6,224.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 107.30 | 107.33 | 107.33 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,400.76 | $ 12,400.79 | $ 9,366.06 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664 | | 408.00 | NA | NA | 0.00 |
| | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101 | | 2,040.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 2,448.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex P.O. Box 981537 El Paso, TX 79998 | | 2,117.00 | NA | NA | 0.00 |
| | Aquatic Control P.O. Box 100 Seymour, IN 47274 | | 4,286.74 | NA | NA | 0.00 |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 12,004.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer 4060 Ogletown/Stanton Rd Newark, DE 19713 | | 16,379.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 13,539.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 2,833.00 | NA | NA | 0.00 |
| | Capital One Bank PO Box 6492 Carol Stream, IL 60197-6492 | | 2,800.00 | NA | NA | 0.00 |
| | Cbna Po Box 6497 Sioux Falls, SD 57117 | | 3,331.00 | NA | NA | 0.00 |
| | Centegra Health Systems P.O. Box 1990 Woodstock, IL 60098 | | 1,156.66 | NA | NA | 0.00 |
| | Charter One P.O. Box 18204 Bridgeport, CT 06601 | | 4,310.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 1,388.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 8,915.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Citibusiness Card P.O. Box 6235 Sioux Falls, SD 57117-6235 | | 18,000.00 | NA | NA | 0.00 |
| | Citibusiness Card P.O. Box 6235 Sioux Falls, SD 57117-6235 | | 12,000.00 | NA | NA | 0.00 |
| | ComEd P.O. Box 6111 Carol Stream, IL 60197-6111 | | 167.58 | NA | NA | 0.00 |
| | Confidential Credit Consultants Cor P.O. Box 141 Naperville, IL 60540 | | 4,856.69 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 7,786.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 5,544.00 | NA | NA | 0.00 |
| | Gecrb/Lowes Po Box 103065 Roswell, GA 30076 | | 590.00 | NA | NA | 0.00 |
| | John Deere Landscapes 318-326 Arrowhead Drive Gilberts, IL 60136-9602 | | 3,467.83 | NA | NA | 0.00 |
| | Lake in the Hills Sanitary District 515 Plum Street Lake in the Hills, IL 60156-3399 | | 68.48 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lowe's P.O. Box 530914 Atlanta, GA 30353-0914 | | 567.44 | NA | NA | 0.00 |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | 80.00 | NA | NA | 0.00 |
| | Republic Services 1330 Gasket Drive Elgin, IL 60120 | | 46.62 | NA | NA | 0.00 |
| | Thomas Pump Co., Inc. 2301 E. Liberty St. Aurora, IL 60502-9440 | | 4,764.00 | NA | NA | 0.00 |
| | Village of Lake in the Hills 600 Harvest Gate Lake in the Hills, IL 60156-4803 | | 276.02 | NA | NA | 0.00 |
| 000001 | ADVANTA BANK CORPORATION | 7100-000 | 2,300.00 | 2,253.72 | 2,253.72 | 456.94 |
| 000010 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 15,000.00 | 10,422.91 | 10,422.91 | 2,113.25 |
| 000008 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 15,000.00 | 2,099.69 | 2,099.69 | 425.71 |
| 000006 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 13,397.43 | 13,397.43 | 2,716.34 |
| 000007 | CAPITAL ONE, N.A. | 7100-000 | 198.00 | 415.34 | 415.34 | 84.21 |
| 000002 | DISCOVER BANK | 7100-000 | NA | 5,625.06 | 5,625.06 | 1,140.48 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | DISCOVER BANK | 7100-000 | NA | 7,811.65 | 7,811.65 | 1,583.82 |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 3,724.59 | 3,724.59 | 755.16 |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 3,331.98 | 3,331.98 | 3,331.98 | 675.56 |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 8,824.95 | 8,824.95 | 1,789.26 |
| 000011 | US BANK N.A. | 7100-000 | NA | 8,584.45 | 8,584.45 | 1,740.51 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 167,104.04 | $ 66,491.77 | $ 66,491.77 | $ 13,481.24 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 12-81397 TML Judge: THOMAS M. LYNCH
Case Name: KAMINSKY, STEVEN
KAMINSKY, JULIE
For Period Ending: 09/11/14

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 04/06/12 (f)
341(a) Meeting Date: 05/17/12
Claims Bar Date: 01/08/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 14 Baldwin Court Lake in the Hills, IL 60156 Singl | 218,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account Castle Bank | 200.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account Castle Bank | 200.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account Castle Bank | 50.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account Castle Bank | 11.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous household goods and furnishings: liv | 2,085.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous books, pictures, CDs, DVDs, etc... | 200.00 | 0.00 | | 0.00 | FA |
| 8. Clothing and shoes | 500.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous costume jewelry, wedding rings | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Level Term 20 Life Insurance Policy Northwestern M | 0.00 | 0.00 | | 0.00 | FA |
| 11. Level Term 20 Life Insurance Policy Northwestern M | 0.00 | 0.00 | | 0.00 | FA |
| 12. 65 Life Whole Life Insurance Policy Northwestern M | 5,210.00 | 0.00 | | 0.00 | FA |
| 13. Whole Life Insurance Policy Northwestern Mutual St | 7,521.32 | 0.00 | | 0.00 | FA |
| 14. Level Term 10 Life Insurance Policy Northwestern M | 0.00 | 0.00 | | 0.00 | FA |
| 15. Level Term 10 Life Insurance Policy Northwestern M | 0.00 | 0.00 | | 0.00 | FA |
| 16. Term to Age 80 Life Insurance Policy Northwestern | 0.00 | 0.00 | | 0.00 | FA |
| 17. Employee Pension Morgan Stanley | 58,000.00 | 0.00 | | 0.00 | FA |
| 18. Ability Irrigation, Inc. Debtors are 100% sharehol | 0.00 | 0.00 | | 0.00 | FA |
| 19. 6% interest in probate estate of Helen Potsawa Cur | 20,000.00 | 22,847.30 | | 22,847.30 | FA |
| 20. 2006 Chrysler 300 40,000 miles | 9,600.00 | 0.00 | | 0.00 | FA |
| 21. 2006 Ford F250 Pickup Truck 80,000 miles | 13,000.00 | 0.00 | | 0.00 | FA |
| 22. 2001 Polaris Sportsman 400 ATV Does not run | 250.00 | 0.00 | | 0.00 | FA |
| 23. 2006 Chevy Winnebago Motorhome | 40,000.00 | 0.00 | | 0.00 | FA |
| 24. 2002 Harley Davidson FLHTCI | 6,800.00 | 0.00 | | 0.00 | FA |
| 25. Miscellaneous hand tools | 100.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit 8

Case No: 12-81397 TML Judge: THOMAS M. LYNCH

Case Name: KAMINSKY, STEVEN
KAMINSKY, JULIE

Trustee Name: DANIEL M. DONAHUE

Date Filed (f) or Converted (c): 04/06/12 (f)

341(a) Meeting Date: 05/17/12

Claims Bar Date: 01/08/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $382,727.32 | $22,847.30 | | $22,847.30 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/13 Current Projected Date of Final Report (TFR): 10/01/15

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-81397 -TML
Case Name: KAMINSKY, STEVEN
KAMINSKY, JULIE
Taxpayer ID No: *******1292
For Period Ending: 09/11/14

Trustee Name: DANIEL M. DONAHUE
Bank Name: CONGRESSIONAL BANK
Account Number / CD #: *******0085 GENERAL CHECKING

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/28/14 | 19 | MEYERS & FLOWERS, LLC<br>3 N. 2ND ST., STE. 300<br>ST. CHARLES, IL 60174 | INTEREST IN DECEDENT ESTATE | 1129-000 | 22,847.30 | | 22,847.30 |
| 07/07/14 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 3,034.73 | 19,812.57 |
| 07/07/14 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,224.00 | 13,588.57 |
| 07/07/14 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 107.33 | 13,481.24 |
| 07/07/14 | 000103 | Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Claim 000001, Payment 20.3% | 7100-000 | | 456.94 | 13,024.30 |
| 07/07/14 | 000104 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 20.3% | 7100-000 | | 1,140.48 | 11,883.82 |
| 07/07/14 | 000105 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000003, Payment 20.3% | 7100-000 | | 1,583.82 | 10,300.00 |
| 07/07/14 | 000106 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000004, Payment 20.3% | 7100-000 | | 675.56 | 9,624.44 |
| 07/07/14 | 000107 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008 | Claim 000005, Payment 20.3% | 7100-000 | | 1,789.26 | 7,835.18 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 22,847.30 | 15,012.12 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-81397 -TML
Case Name: KAMINSKY, STEVEN
KAMINSKY, JULIE
Taxpayer ID No: *******1292
For Period Ending: 09/11/14

Trustee Name: DANIEL M. DONAHUE
Bank Name: CONGRESSIONAL BANK
Account Number / CD #: *******0085 GENERAL CHECKING
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Greenville, SC 29602 | | | | | |
| 07/07/14 | 000108 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000006, Payment 20.3% | 7100-000 | | 2,716.34 | 5,118.84 |
| 07/07/14 | 000109 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 20.3% | 7100-000 | | 84.21 | 5,034.63 |
| 07/07/14 | 000110 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 20.3% | 7100-000 | | 425.71 | 4,608.92 |
| 07/07/14 | 000111 | Portfolio Recovery Associates, LLC<br>successor of US BANK NATIONAL ASSOCIATIO<br>POB 12914<br>Norfolk VA 23541 | Claim 000009, Payment 20.3% | 7100-000 | | 755.16 | 3,853.76 |
| 07/07/14 | 000112 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 20.3% | 7100-000 | | 2,113.25 | 1,740.51 |
| 07/07/14 | 000113 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Claim 000011, Payment 20.3% | 7100-000 | | 1,740.51 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 7,835.18 |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-81397 -TML
Case Name: KAMINSKY, STEVEN
KAMINSKY, JULIE
Taxpayer ID No: *******1292
For Period Ending: 09/11/14

Trustee Name: DANIEL M. DONAHUE
Bank Name: CONGRESSIONAL BANK
Account Number / CD #: *******0085 GENERAL CHECKING

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 22,847.30 | 22,847.30 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 22,847.30 | 22,847.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 22,847.30 | 22,847.30 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********0085 | 22,847.30 | 22,847.30 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 22,847.30 | 22,847.30 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00